**40**  PRACTICE DECISIONS

Adams *et al. v.* Robertson.  Williams *et al. v.* Rutter *et al.*

## ADAMS *et al. v.* ROBERTSON.

(January Term, 1864.)

1. FILING RECORD ON APPEAL—*application for extension of time.* An application for further time within which to file a transcript of the record, in a case brought to this court by appeal, must be made within the time prescribed by law for filing such transcript.

2. So a transcript will not be allowed to be filed after the expiration of such time unless the application has been made in proper time.

AN appeal having been prayed and allowed in this cause in the court below, Messrs. GOOKINS, THOMAS & ROBERTS, appeared on the fourth day of this term, on behalf of the appellants, and moved the court for leave to file a transcript of the record in the cause, offering to read an affidavit, showing cause for having failed to file the record on or before the third day of the term.

Per CURIAM: A correct construction of the forty-eighth section of the practice act (Rev. Stat. 1845, 420) would require that a party must make application for further time to file the transcript, within the three days, within which the record should be filed. Such application not having been made in this case, within the proper time, we cannot give leave to file the record now. *Roger* v. *Tilford*, Breese (Beecher's), 407.